## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                     :       Chapter 13
 Frederick C. James

   (DEBTOR)                                :       Bankruptcy No. 18-13675-mdc13

## ORDER

AND NOW, this  9th  day of  October , 2018 upon consideration of Debtor's Motion to Avoid Judicial Lien of Midland Funding, LLC and any answer and after a hearing

It is Ordered that the Motion is Granted. The Judicial lien of Midland Funding, LLC pursuant to Municipal Court action SC-15-12-30-6265 entered on March 11, 2016 in the amount of $1,106.90 is avoided upon Debtor's residence known as 8849 E. Roosevelt Blvd. Philadelphia, PA upon Discharge.

By the Court:

_Magdeline D. C_____

Hon. Magdeline D. Coleman
U.S. BANKRUPTCY JUDGE

cc:    Michael A. Cataldo, Esquire
       Cibik & Cataldo, P.C.
       1500 Walnut Street, Suite 900
       Philadelphia, PA 19102

       William C. Miller, Esquire
       Chapter 13 Trustee
       PO Box 1229
       Philadelphia, PA 19105

       Daniel J. Santucci, Esquire
       1 International Plaza
       5th Floor
       Philadelphia, PA 19111